**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jennifer Aguilar-Hernandez, J. Cruz Maria-Hernandez,
and Julio Herman Aguilar Morales, Defendants,

Of whom J. Cruz Maria-Hernandez is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2021-000624

---

Appeal From Anderson County
Ronald R. Norton, Family Court Judge

---

Unpublished Opinion No. 2021-UP-332
Submitted September 9, 2021 – Filed September 13, 2021

---

**AFFIRMED**

---

Mary Elizabeth Parrilla, of The Parrilla Law Firm, LLC,
of Anderson, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

John Marshall Swails, Jr., of Greenville, as Guardian ad Litem.

---

**PER CURIAM:**  J. Cruz Maria-Hernandez appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Maria-Hernandez's counsel.

**AFFIRMED.**[1]

**HUFF, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.